UNITED STATES DISTRICT COURT Eastern District of Kentucky
EASTERN DISTRICT OF KENTUCKY **F I L E D**
SOUTHERN DIVISION         JUL 1 4 2016
LONDON

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:16-CR-29-GFVT-HAI

MARK SAWAF

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 26 U.S.C. § 5861(d)

On or about a day in March 2016, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

**MARK SAWAF**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), concealed into a Primos Trail Camera, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

### COUNT 2
### 26 U.S.C. §5861(f)

On or about a day in March 2016, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

**MARK SAWAF**

knowingly made a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), concealed into a Primos Trail Camera, in violation of Chapter 53, Title 26, United States Code, all in violation of 26 U.S.C. § 5861(f).

### COUNT 3
### 26 U.S.C. §5861(d)

On or about a day in March 2016, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

**MARK SAWAF**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a spent 9mm Winchester brand shell casing containing explosive filler with hobby fuse protruding from the shell and sealed with hot glue, all of which was concealed into a Wildgame Innovations Trail Camera (Model M8-12132012 and UPC#396602582413), which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

### COUNT 4
### 26 U.S.C. §5861(f)

On or about a day in March 2016, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

MARK SAWAF

knowingly made a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a spent 9mm Winchester brand shell casing containing explosive filler with hobby fuse protruding from the shell and sealed with hot glue, all of which was concealed into a Wildgame Innovations Trail Camera (Model M8-12132012 and UPC#396602582413), in violation of Chapter 53, Title 26, United States Code, all in violation of 26 U.S.C. § 5861(f).

## COUNT 5
## 26 U.S.C. §5861(d)

On or about June 21, 2016, in Harlan County, in the Eastern District of Kentucky,

MARK SAWAF

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a 410 shotgun shell containing explosive filler with hobby fuse protruding from the shell and sealed with hot glue, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## COUNT 6
## 26 U.S.C. §5861(f)

On or about a day in June 2016, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

MARK SAWAF

knowingly made a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a 410 shotgun

shell containing explosive filler with hobby fuse protruding from the shell and sealed with hot glue, in violation of Chapter 53, Title 26, United States Code, all in violation of 26 U.S.C. § 5861(f).

## COUNT 7
## 26 U.S.C. § 5861(d)

On or about June 21, 2016, in Harlan County, in the Eastern District of Kentucky,

**MARK SAWAF**

knowingly possessed a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a 12 gauge shotgun shell with unfired primer, containing explosive filler, and sealed with hot glue, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## COUNT 8
## 26 U.S.C. § 5861(f)

On or about a day in June 2016, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

**MARK SAWAF**

knowingly made a "firearm" as defined by 26 U.S.C. § 5845(a)(8), that is, a destructive device as defined by 26 U.S.C. § 5845(f), more specifically described as a 12 gauge shotgun shell with unfired primer, containing explosive filler, and sealed with hot glue, in violation of Chapter 53, Title 26, United States Code, all in violation of 26 U.S.C. § 5861(f).

# FORFEITURE ALLEGATION
## 18 U.S.C. § 844(c)
## 28 U.S.C. § 2461

By virtue of the commission of the felony offenses charged in Counts 1-8 of this Indictment, the United States seeks forfeiture of property including, but not limited to, any explosive materials involved or used or intended to be used in the violations described in Counts 1-8 of the indictment. Any and all interest **MARK SAWAF** has in said property is vested in and forfeited to the United States pursuant to 18 U.S.C. §844(c) and 28 U.S.C. § 2461.

**A TRUE BILL**

_____

*[signature]*

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-8:** Not more than 10 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all referenced property.