UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:16-CR-29-GFVT-HAI |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | **(Criminal)** |
| | ) | |
| MARK SAWAF, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Defendants having been arraigned on the above action and having pled not guilty, the Court enters this scheduling order for this criminal action. Accordingly, it is hereby **ORDERED** as follows:

1. **Standing Order**. The parties are required to comply with the Court's Standing Pretrial and Trial Management Order, which applies to all criminal actions assigned to the Honorable Gregory F. Van Tatenhove, and which is an attachment hereto.

2. **Trial Date/Time**. This matter is assigned for trial by Jury before the Honorable Gregory F. Van Tatenhove on **September 13, 2016, at the hour of 10:00 a. m.**, at London, Kentucky. Counsel shall appear at least thirty minutes prior. The trial of this matter is expected to take two days.

3. **Defensive Motions**. Defensive motions shall be filed within thirty (30) days of entry of this Scheduling Order.

4. **Motions Hearing**. This matter will be assigned for an evidentiary hearing if any motions are filed which require a hearing.

This the 18th day of July, 2016.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge