UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. **16-CR-29-GFVT**                                          **UNDER SEAL**

UNITED STATES OF AMERICA                                                                  PLAINTIFF


V.              **JOINT MOTION TO EXTEND TRANSFER OF CUSTODY**


MARK SAWAF                                                                                           DEFENDANT

\* \* \* \* \*

On August 10, 2016 the United States and the Defendant, through respective counsel, moved this Court to transfer the Defendant from the custody of the United States Marshals Service to the temporary custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) pursuant to 18 U.S.C. § 3142(i) to assist law enforcement in an operation to located additional explosive devices in Harlan County, Kentucky. [R. 26]. The Court granted this Motion [R. 27]. On August 11, 2016, the Defendant was successfully transferred to the custody of the ATF and has been assisting in the operation without incident. While many of the explosive devices have been located and disposed of, several additional devices remain.

Pursuant to the Court's Order, the ATF shall return the Defendant to the Laurel County Detention Center on the evening of August 11, 2016. [R. 27]. The Parties jointly move the Court to extend its prior Order to allow the Defendant to be once again transferred to the custody of ATF on August 12, 2016 under the same procedures and

protocols as outlined in the prior Joint Motion to Transfer Custody [R. 26] and the Order granting that Motion so that the remaining explosive devices can be located and rendered safe. [R. 27].

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

By:   /*s/ Andrew H. Trimble*
      Andrew H. Trimble
      Assistant United States Attorney
      601 Meyers Baker Road, Suite 200
      (606) 330-4838
      Andrew.Trimble@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, I e-mailed a copy of this motion to Travis Rossman.

        */s/ Andrew H. Trimble*
        Assistant United States Attorney