UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. **16-CR-29-GFVT**

UNITED STATES OF AMERICA                                        PLAINTIFF

V.        **MOTION OF THE UNITED STATES
          TO DISMISS THE INDICTMENT**

MARK SAWAF                                                      DEFENDANT

\* \* \* \* \*

Pursuant to Federal Rule of Criminal Procedure 48, the United States moves to dismiss the Indictment. [R. 13]. As briefly discussed below, dismissal of the Indictment is appropriate because of the death of the Defendant.

On July 14, 2016, the Grand Jury returned an indictment against Mark Sawaf charging him with making and possessing four destructive devices in violation of 26 U.S.C. §5861(d) & (f). The facts and evidence underlying those charges are set forth more fully in the Affidavit in Support of the Criminal Complaint [R. 1-1] and in the detention hearing transcript. [R. 12]. In short, the Bureau of Alcohol, Tobacco, and Firearms discovered an improvised explosive device hidden within a trail camera that had been found in a rural area in Harlan County, Kentucky. ATF learned that three victims had sustained injuries from exploding trail cameras found in the same area. For example, one victim sustained injuries to his face and chest, as well as the loss of multiple fingers.

A search of Sawaf's residence revealed, among other things, similar improvised explosive devices, materials to make explosive devices, and trail cameras.

Though Sawaf initially denied any involvement in the manufacturing of explosive devices, he subsequently contacted the United States through his attorney to indicate that he had, in fact, hidden explosive devices in trail cameras and that he had placed more trail cameras with hidden explosive devices in the same general area as the others that had been found. As officials had not been able to locate these devices, Sawaf offered to assist law enforcement in locating the explosive devices so they could be removed.

Because Sawaf had been previously detained by court order [R. 11], the United States and Sawaf, through their respective counsel, filed a Joint Motion to Transfer Custody under seal. [R. 26]. The Joint Motion requested authorization from the Court to transfer Sawaf from the custody of the Laurel County Detention Center to the custody of the Bureau of Alcohol, Tobacco, and Firearms for the purpose of locating the explosive devices that presented an imminent public safety hazard. [*Id.*] The Court granted that Joint Motion and by sealed Order permitted the transfer of Sawaf under certain safety precautions, including the requirement that Sawaf remain shackled during the operation. [R. 27]. On August 11, 2016, Sawaf aided law enforcement in discovering and dismantling seven explosive devices. He also indicated that he had made and placed other explosive devices in the area. As a result, the United States filed under seal a Motion to Extend Transfer of Custody to allow the operation to resume the following day. [R. 29]. The Court granted the Motion. [R. 30].

However, after the Motion had been granted and before Sawaf had been returned

to custody for the night, Sawaf attempted to escape. Sawaf remained shackled and was apprehended by law enforcement. As law enforcement attempted to return Sawaf to custody, he grabbed the firearm of one of the officers. A struggle ensued after which Sawaf was fatally wounded.

In addition to dismissal of the Indictment, the United States also moves to unseal the previously referenced Joint Motion to Transfer Custody [R. 26], the Motion to Extend Transfer of Custody [R. 29], and the corresponding Orders granting those Motions [R. 27, 31], as there remains no further justification for retaining those pleadings under seal.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

By:   /*s/ Andrew H. Trimble*
       Andrew H. Trimble
       Assistant United States Attorney
       601 Meyers Baker Road, Suite 200
       (606) 330-4838
       Andrew.Trimble@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.


                                     */s/ Andrew H. Trimble*
                                     Assistant United States Attorney