UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 16-CR-29-GFVT**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                                        **ORDER**

**MARK SAWAF**                                                      **DEFENDANT**

\* \* \* \* \*

This matter is before the Court upon the Motion of the United States to Dismiss the Indictment due to the death of the Defendant. The Motion also requests that the Court unseal the previously filed Joint Motion to Transfer Custody [R. 26], the Motion to Extend Transfer of Custody [R. 29], and the corresponding Orders granting those Motions [R. 27, 31], since the Defendant's death and dismissal of the Indictment has removed the justification for retaining those documents under seal. Having reviewed the Motion and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

(1)      The United States's Motion to Dismiss the Indictment is **GRANTED**;

(2)      This Matter is **STRICKEN** from the Court's active docket; and

(3)      The Clerk of Court is directed to **UNSEAL** the Joint Motion to Transfer Custody [R. 26], the Motion to Extend Transfer of Custody [R. 29], and the corresponding Orders granting those Motions [R. 27, 31].

This \_\_\_\_ Day of _____, 2016.